IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01268-EWN-CBS

SCOTT L. HOWARD,
    Plaintiff,
v.

ELOY JARAMILLO, *et al.*,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Howard's "Motion for Stay in Proceedings" (filed October 4, 2007) (doc. # 22). Pursuant to the Order of Reference dated July 30, 2007 (doc. # 10) and the memorandum dated October 4, 2007 (doc. # 23), the Motion was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Howard seeks "a stay in these proceedings" until he is transferred to a United States Bureau of Prisons' facility, "within 90 days at most." Deadlines have been set or are anticipated in this action. On October 3, 2007, the court afforded Defendants up to and including October 21, 2007 to answer or otherwise respond to the Complaint. (See Minute Order (doc. # 21)). Defendants anticipate filing a dispositive motion. (*See* doc. # 17 at p. 2 of 3). On October 2, 2007, the court issued

an Order to Show Cause (doc. # 20) to Mr. Howard.[1]

Accordingly, IT IS ORDERED that:

1.      Mr. Howard's "Motion for Stay in Proceedings" (filed October 4, 2007) (doc. # 22) is GRANTED IN PART AND DENIED IN PART.  Mr. Howard's request for a stay is DENIED.  The current deadlines in the case are hereby extended as follows:

a.      The deadline for Defendants to answer or otherwise respond to the Complaint is extended to **December 14, 2007**.

b.      The deadline for Mr. Howard to respond to any dispositive motion filed by Defendants is **January 4, 2008**.

c.      The deadline for Mr. Howard to respond to the court's Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause is extended to **January 4, 2008**.

d.      The deadline for Mr. Howard to make the required monthly payments pursuant to 28 U.S.C. § 1915 or to show cause why he has no assets and no means by which to make the monthly payments for the months of October, November, and December 2007 is extended to **January 4, 2008**.

---

[1]     As outlined in the court's October 2, 2007 Order, Mr. Howard has failed to make the required monthly payments pursuant to 28 U.S.C. § 1915 or to show cause why he has no assets and no means by which to make the monthly payments for the months of August and September 2007.  While the letter submitted by Mr. Howard on August 17, 2007 (doc. # 14) indicated that a copy of his inmate trust fund account statement was attached, in fact no copy of a current certified inmate trust fund account statement was attached.   Therefore, the court ordered Mr. Howard by the 15th day of each month either to make the required monthly payments or to show cause why he cannot.  The court warned Mr. Howard that failure to comply with 28 U.S.C. § 1915 or the court's Orders may result in a recommendation that the case be dismissed.

DATED at Denver, Colorado this 4th day of October, 2007.

BY THE COURT:

　　s/Craig B. Shaffer
United States Magistrate Judge