IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01268-EWN-CBS

SCOTT L. HOWARD,
    Plaintiff,
v.

ELOY JARAMILLO, *et al.*,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Howard's "Motion to Correct Record" (filed December 4, 2007) (doc. # 31). Pursuant to the Order of Reference dated July 30, 2007 (doc. # 10) and the memorandum dated December 4, 2007 (doc. # 32), the Motion was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

Mr. Howard asks that the electronic docket be corrected to reflect that he is suing all Defendants in both their individual and official capacities. Mr. Howard's request is consistent with his claims. (*See* Amended Complaint (doc. # 5) at pp. 4-5 of 22).

Accordingly, IT IS ORDERED that:

1.      Mr. Howard's "Motion to Correct Record" (filed December 4, 2007) (doc. # 31) is GRANTED.

2.      The Clerk of the Court shall correct the electronic docket to reflect that

Mr. Howard's claims against Defendants in their individual capacities have not been terminated.

DATED at Denver, Colorado this 17th day of December, 2007.

BY THE COURT:

　s/Craig B. Shaffer　
United States Magistrate Judge