IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01268-EWN-CBS

SCOTT L. HOWARD,
    Plaintiff,
v.

ELOY JARAMILLO, *et al.*,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Howard's "Motion to Compel Service of an Additional Copy of Defendants' Memorandum Brief in Support of Motion to Dismiss" (filed February 4, 2008) (doc. # 49). Pursuant to the Order of Reference dated July 30, 2007 (doc. # 10) and the memorandum dated February 4, 2008 (doc. # 50), the Motion was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. Howard's "Motion to Compel Service of an Additional Copy of Defendants' Memorandum Brief in Support of Motion to Dismiss" (filed February 4, 2008) (doc. # 49) is GRANTED.

    2.    The Clerk of the Court is directed to mail to Mr. Howard a copy of Defendants' "Memorandum Brief in Support of Defendants' Motion to Dismiss "(doc. # 34).

    3.    Mr. Howard's response to Defendants' Motion to Dismiss (doc. # 33) must be filed **on or before March 1, 2008**.

    DATED at Denver, Colorado, this 4th day of February, 2008.

                                BY THE COURT:

                                s/Craig B. Shaffer
                                United States Magistrate Judge