IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01268-EWN-CBS

SCOTT L. HOWARD,
    Plaintiff,
v.

ELOY JARAMILLO, *et al.*,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Howard's "Motion to Amend Response to Defendants' Motion to Dismiss" (filed April 14, 2008) (doc. # 60). Pursuant to the Order of Reference dated July 30, 2007 (doc. # 10) and the memorandum dated April 14, 2008 (doc. # 62), this matter was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. Howard's "Motion to Amend Response to Defendants' Motion to Dismiss" (filed April 14, 2008) (doc. # 60) is GRANTED.

    2.    "Plaintiff's Response to Defendants' Motion to Dismiss" (filed March 14, 2008) (doc. # 54) is hereby superseded by "Plaintiff's Amended Response to Defendants' Motion to Dismiss" (filed April 14, 2008) (doc. # 61).

    3.    Defendants may file an amended Reply to their Motion to Dismiss on or before May 6, 2008.

    4.    Other than the briefing permitted in this Order, *no further briefing on the Motion to Dismiss (doc. # 34) will be accepted by the court*.

DATED at Denver, Colorado, this 15th day of April, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge