IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-01268-CMA-CBS

SCOTT L. HOWARD,

    Plaintiff,

v.

MAJOR ELOY JARAMILLO,
CAPTAIN CHRISTOPHER SERENA,
LIEUTENANT JAMES SALAZAR, and
SERGEANT TOM GREBENC,

    Defendants.

**ORDER ADOPTING AND AFFIRMING MAY 29, 2008 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
**and**
**JUNE 2, 2008 SUPPLEMENT TO RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the recommendations by the Magistrate Judge that Defendants' Motion to Dismiss (Doc. # 33), filed December 14, 2007 be granted.

Plaintiff has objected to this recommendation. In light of the objection, the Court has conducted the requisite *de novo* review of the issues, the recommendation and Plaintiff's objection. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analyses in its May 29, 2008 Recommendation and June 2, 2008 Supplement to Recommendation are correct. Accordingly,

IT IS ORDERED that the May 29, 2008 Recommendation of United States

Magistrate Judge (Doc. # 69) is ACCEPTED and, for the reasons cited therein, Defendants' Motion to Dismiss (Doc. # 33) is GRANTED. It is

FURTHER ORDERED that this complaint and civil action is DISMISSED.

DATED: December 22, 2008.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge